

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

August 22, 2024

<u>Via ECF</u>
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED.** The initial pretrial conference scheduled for September 18, 2024, is adjourned to **September 25, 2024, at 4:20pm**.

Dated: August 23, 2024
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

 Re:  Quisha Daughterofessie v. DP Bronx, LLC and Randy Haniff, individually
      Case No.: 1:24-cv-05820-LGS

Dear Judge Schofield,

We represent the Plaintiff in this matter.  We write with the consent of counsel for Defendant DP Bronx, LLC[1] to respectfully request an adjournment of the Initial Conference for this matter, presently scheduled for September 18, 2024 (ECF 7).  This is Plaintiff's first request for an adjournment of the Initial Conference.

On August 8, 2024, Plaintiff received notice through electronic filing that Your Honor has ordered that the Initial Conference be scheduled September 18, 2024, at 4:20 p.m.  Before receiving this order, Plaintiff's counsel had previously scheduled travel during that date and time, which unfortunately cannot be rearranged.

Therefore, with the consent of Defendants, Plaintiff's counsel respectfully requests an adjournment of this Initial Conference.  The parties have conferred, and are available on September 24, 2024, September 25, 2024, September 26, 2024, or September 27, 2024, for the conference to be rescheduled.  The parties also have availability the following week.

We thank Your Honor for your time and attention to this matter. The parties are available to answer any questions as needed.

Respectfully Submitted,

 */s/ Laura E. Bellini, Esq.*
Laura E. Bellini
**PHILLIPS & ASSOCIATES, PLLC**
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431

---

[1] We just received the waiver of service executed by the Mr. Haniff this week and have not yet received confirmation that counsel for DP Bronx is also representing him.

cc: Counsel of Record (via ECF)

Case 1:24-cv-05820-LGS    Document 11    Filed 08/23/24    Page 2 of 2