UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    QUISHA DAUGHTEROFESSIE,
                                Plaintiff,

                 -against-                      24 Civ. 5820 (LGS)

    DP BRONX LLC, et al.,                    ORDER
                               Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated August 8, 2024, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for September 25, 2024;

    WHEREAS, the parties filed the proposed case management plan but failed to file the required joint letter. It is hereby

    **ORDERED** that, the parties shall file the joint letter as soon as possible and no later than **September 23, 2024,** and shall explain why they have not complied with the Court's deadlines.

Dated: September 19, 2024
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE