UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUISHA DAUGHTEROFESSIE,<br><br>                              Plaintiff,<br><br>            v.<br><br>DP BRONX LLC et al, *individually doing business as Domino's Pizza*, and RANDY HANIFF,<br><br>                              Defendants. | 24-CV-05820 (JAV)<br><br>**NOTICE OF<br>REASSIGNMENT AND<br>CONFERENCE** |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Counsel for all parties and, if she has not retained new counsel, Plaintiff shall appear for a pretrial conference with the Court on **February 12, 2025,** at **12:00 p.m**. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The telephone conference previously scheduled for **February 5, 2025**, is adjourned. Except as otherwise stated herein, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 3, 2025
         New York, New York

                                                              _____
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge