```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
QUISHA DAUGHTEROFESSIE,                                           :
                                                                  :
                          Plaintiff,                              :        24-CV-05820 (JAV)
                                                                  :
             -v-                                                  :        ORDER
                                                                  :
DP BRONX LLC, et al.,                                             :
                                                                  :
                          Defendants.                             :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

In response to the Court's Revised Scheduling Order (ECF No. 31) which provided Plaintiff with additional time to retain counsel and required Plaintiff to submit a letter informing the Court whether she had retained counsel by March 10, 2025, Plaintiff submitted a letter, by email, to the chambers email inbox of Judge Vargas requesting an extension of time to retain counsel. The Court GRANTS Plaintiff's request to the extension of time to retain counsel.

It is ORDERED that Plaintiff shall have until March 17, 2025, to retain counsel. Plaintiff is FURTHER ORDERED to submit a letter to the Court by March 17, 2025, through the Pro Se Intake Office, ProSe@nysd.uscourts.gov, informing the Court whether she has retained counsel.

SO ORDERED.

Dated: March 12, 2025  
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge