UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
QUISHA DAUGHTEROFESSIE,             :
                :
           Plaintiff,    :         24-CV-05820 (JAV)
                :
      -v-          :         <u>ORDER</u>
                :
DP BRONX LLC, ET AL,               :
                :
           Defendants.    :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 11, 2025, Plaintiff Quisha Daughterofessie ("Plaintiff") submitted a letter to the Court requesting an extension of time to retain counsel. ECF No. 32. On March 12, 2025, this Court granted Plaintiff's request for an extension of time and filed the Order on the docket. ECF No. 33. Plaintiff, however, has not consented to electronic service via ECF, and her mailing address is not on the docket; she therefore did not receive this Court's March 12, 2025 Order. Realizing the error, counsel for the defendants was gracious enough to serve a copy of the Court's March 12 Order on Plaintiff. ECF No. 34.

On March 24, 2025, Plaintiff submitted a letter to the Court stating that she will be proceeding in this matter *pro se*.

*Pro se* parties are encouraged to consent to electronic service via ECF as it would ensure that the *pro se* party would receive documents in its case promptly by email instead of by regular mail. The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that *pro se* party with copies of documents filed with the Court and to file affidavits of such service

with the Court thereafter. Accordingly, Plaintiff is HEREBY ORDERED to provide her most recent mailing address to the *Pro Se* Intake Office, prose@nysd.uscourts.gov, within seven days of receiving this Order.

Plaintiff may submit filings as PDFs attached to emails sent to ProSe@nysd.uscourts.gov. If Plaintiff is unable to use email may, she can submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, however, there may be delays before such filings are received and/or docketed.

The Clerk of the Court is DIRECTED to modify the docket to reflect that Plaintiff is proceeding *pro se.*

A conference shall be held on this case on **April 24, 2025**, at **2:30 p.m.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 25, 2025  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge